**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TARWONIA ALBROW,** *Plaintiff,* | § | |
| **VS.** | § | **C.A. No. 4:19-cv-03558** |
| **CITIMORTGAGE, INC.** *Defendant.* | § | |

# JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's Order to Report (Doc. No. 14), Plaintiff Tarwonia Albrow ("Plaintiff") and Defendant CitiMortgage, Inc. ("Defendant") submit this Joint Settlement Status Report.

1. Plaintiff has extended an initial offer of settlement.

2. Defendant is in the process of reviewing Plaintiff's offer but at this time has not yet completed its review.

3. The parties remain optimistic that this matter can be resolved through settlement but need more time to continue settlement negotiations.

Respectfully submitted,

/s/ Robert T. Mowrey by perm. KLK

ROBERT T. MOWREY
rmowrey@lockelord.com
State Bar No. 14607500
Southern District Number: 9529
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800

Dallas, Texas 75201-6776
(214) 740-8000 – *telephone*
(214) 740-8800 – *facsimile*

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**OF COUNSEL:**

KURT LANCE KROLIKOWSKI
State Bar No. 24074548
Southern District Number: 1146373
RUSSELL A. STOCKMAN
State Bar No. 24110412
Southern District Number: 3351175
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200 – *telephone*
(713) 223-3717 – *facsimile*

/s/ Kerry L. Prisock by perm. KLK___

Robert C. Vilt
State Bar No. 00788586
Southern District Number: 20296
Kerry L. Prisock
State Bar No. 24082005
Southern District Number: 3452775
**Vilt and Associates - TX, P.C.**
5177 Richmond Avenue, Suite 1142
Houston, TX 77056
clay@viltlaw.com
kerry@viltlaw.com
Telephone: 713.840.7570
Fax: 713.877.1827

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been sent to all parties shown below, via electronic notification, certified mail return receipt requested, facsimile, or hand delivery on this the 6th day of March, 2020:

Robert C. Vilt
Kerry Prisock
Vilt and Associates, P.C.
5177 Richmond Avenue, Suite 1142
Houston, TX 77056
clay@viltlaw.com
kerry@viltlaw.com
Fax: 713.877.1827

/s/ Kurt Lance Krolikowski
Kurt Lance Krolikowski