**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TARWONIA ALBROW,** § | | |
| *Plaintiff*, § | | |
| § | | |
| **VS.** § | | |
| § | **CIVIL ACTION NO. 4:19-cv-03558** |
| § | | |
| **CITIMORTGAGE, INC.** § | | |
| *Defendant.* § | | |

_____

**UNOPPOSED STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
_____

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Federal Rule of Civil Procedure, Plaintiff Tarwonia Albrow hereby stipulates and agrees to the following:

1. Plaintiff filed her Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 165th Judicial Court of Harris County, Texas on August 29, 2019.

2. Defendant filed its Notice of Removal on September 20, 2019.

3. The parties have settled the dispute amongst themselves.

4. Accordingly, Plaintiff requests that the Court dismiss this lawsuit without prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereto requests that the Court enter the attached Order dismissing the above-entitled and numbered cause without prejudice with costs of court being assessed against the party incurring same.

Respectfully submitted,

VILT AND ASSOCIATES – TX, P.C.

By:   /s/ *Robert C. Vilt*
      ROBERT C. VILT
      Texas Bar Number 00788586
      S.D. Bar Number 20296
      Email: clay@viltlaw.com
      KERRY PRISOCK
      Texas Bar Number 24082005
      S.D. Bar Number 3452775
      Email: kerry@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone:   713.840.7570
Facsimile:    713.877.1827
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF CONFERENCE**

I hereby certify that a conference was held on the merits of this motion on April 17, 2020 with Kurt Lance Krolikowski and he is not opposed to the relief sought herein.

/s/ *Robert C. Vilt*
ROBERT C. VILT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record pursuant to Rule 21a of the Texas Rules of Civil Procedure on this the 20th day of April, 2020.

Robert T. Mowrey
LOCKE LORD, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Kurt Lance Krolikowski
Russell A. Stockman
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, TX 77002

/s/ *Robert C. Vilt*
ROBERT C. VILT